ACCEPTED
12-14-00269-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/12/2015 1:21:19 PM
CATHY LUSK
CLERK

## DOCKET NO. 12-14-00269-CR
## CAUSE NO. 18769

| | | |
|---|---|---|
| **RAFAEL VILLEGAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **TWELFTH DISTRICT** |
| **STATE OF TEXAS** | § | **CHEROKEE COUNTY, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/12/2015 1:21:19 PM
CATHY S. LUSK
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes RAFAEL VILLEGAS, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 2nd Judicial District Court of Cherokee County, Texas.

2. The case below was styled the State of Texas Vs. Rafael Villegas, and numbered 18769.

3. Appellant was convicted of AGGRAVATED SEXUAL ASSAULT OF A CHILD.

4. Appellant was assessed a sentence of life confinement institutional division, TDCJ on August 27, 2014.

5. Notice of appeal was given on September 9, 2014.

6. The clerk's record was filed on September 15, 2014; the reporter's record was filed on January 12, 2015.

7. The appellate brief is presently due on February 12, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. March 12, 2015.

9. This is the first request for extension to file the brief filed in this cause.

10. Defendant is currently incarcerated.

11. Counsel for Defendant has been presiding over municipal court jury trials for the last week and has had an influx of new clients and court appointments in the last month.

12. Counsel requests this extension not for the sole purpose of delay but so that justice may be done.

13. Counsel has conferred with the prosecuting attorney who has indicated that she does not object to this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ALLEN W. ROSS
Attorney at Law
PO Box 528
Jacksonville, Texas 75766
903.683-2454 (voice)
866.576-5317 (fax)
allen@arossatty.com

By:_____
   ALLEN W. ROSS
   State Bar No. 00788324
   Attorney for RAFAEL VILLEGAS

## CERTIFICATE OF SERVICE

This is to certify that on February 11, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cherokee County, Texas, by facsimile transmission to 903 683 2309.

_____
ALLEN W. ROSS